THE STATE OF OHIO, APPELLANT, *v.* SAID, APPELLEE.

[Cite as *State v. Said* (1996), 74 Ohio St.3d 1282.]

(No. 93–1085—Submitted December 12, 1995—Decided January 31, 1996.)

*Charles E. Coulson,* Lake County Prosecuting Attorney, *Michael D. Murray, Ariana E. Tarighati* and *Julie E. Mitrovich,* Assistant Prosecuting Attorneys, for appellant.

*Paul H. Hentemann,* for appellee.

*David H. Bodiker,* State Public Defender, *Randy D. Ashburn* and *John B. Heasley,* Assistant Public Defenders, urging affirmance for *amicus curiae,* Office of Ohio Public Defender.

A motion for reconsideration was granted in this cause on February 15, 1995, in 71 Ohio St.3d 1467, 644 N.E.2d 1389, and oral arguments were again presented on December 12, 1995.

The motion for reconsideration requesting this court to reconsider its ruling in *State v. Said* (1994), 71 Ohio St.3d 473, 644 N.E.2d 337, is dismissed, *sua sponte*, as having been improvidently granted.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., dissents.